No. 11–9168. DINGLE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9169. GRAHAM *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–9171. GRINDLING *v.* THOMAS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9173. HALL *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 11–9175. IRBY *v.* UNITED STATES. C..A. 4th Cir. Certiorari denied.

No. 11–9178. GREEN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 11–9179. GORDON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9186. RODRIGUEZ-FRANCO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–9188. FIGUEROA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–9192. FIDALGO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9194. AYALA-NICANOR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–9195. ALEXCE *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 11–9196. AUSLER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–9203. FREEMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9207. FRANCIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–9210. LEE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.